FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA 
2025 SEP 30 PM01 49
CAROL L. MICHEL, CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

# MISDEMEANOR

## BILL OF INFORMATION FOR ALIEN VOTING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO:** 25-00245 |
| **v.** | * | **SECTION:** SECT. H MAG. 3 |
| **CHAN THEUN IN** | * | **VIOLATION: 18 U.S.C. § 611** |

* * *

The United States Attorney charges that:

**COUNT 1**

On or about December 5, 2020, in the Eastern District of Louisiana, **CHAN THEUN IN**, an alien in the United States, knowing that he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for a Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

MARIA M. CARBONI (MA #673658)
JORDAN GINSBERG (IL #6282956)
Assistant United States Attorneys

New Orleans, Louisiana
September 30, 2025

___Fee___________
___Process___________
X Dktd___________
___CtRmDep___________
___Doc.No.___________

*No.* ______________________

# United States District Court

FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

*vs.*

CHAN THEUN IN

BILL OF INFORMATION FOR MAKING FALSE STATEMENTS ON VOTER REGISTRATION

Violation: 18 U.S.C. § 611

*Filed* ______________________, *20* 25

______________________, *Clerk.*

*By* ______________________, *Deputy*

[signature]

*Assistant United States Attorney*

MARIA M. CARBONI